# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 05464 |
| Darin K Tetter, ) | HON. CAROL A. DOYLE |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## **NOTICE**

To:    Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603;

Sprint Corp., Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207−0949;

Sprint Corp. d/b/a Nextel Retail Stores, LLC, 6200 Sprint Parkway, Overland Park, KS 66251;

Illinois Corporation Service C as a registered agent for Nextel Retail Stores, LLC, 801 Adlai Stevenson Drive, Springfield, IL 62703;

Please take notice that on July 28, 2020, at 9:30 a.m., I shall appear before the Honorable Judge Doyle or any judge sitting in her place, and present the objection to Claim 12-1, a copy of which is attached.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he sent the attached objection on June 26, 2020, to the Chapter 13 Trustee listed above via electronic court notification and to the above-named creditors via certified U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on June 26, 2020.

_/s/ *Nicholas Landi*____
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625
nlandi@semradlaw.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 05464 |
| Darin K Tetter, ) | HON. CAROL A. DOYLE |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## OBJECTION TO CLAIM 12-1

NOW COMES Darin K Tetter, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and hereby moves this Honorable Court to enter an Order regarding Claim 12-1, the proof of claim filed by Sprint Corp., and states the following:

1. That on February 28, 2020, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. That this Honorable Court has not yet confirmed Debtor's Chapter 13 Plan of reorganization.

3. On April 30, 2020, Sprint Corp. filed an unsecured claim, Claim 12-1, in the total amount of $4,993.18 for services and/or charges, provided by the Creditor. Please see Exhibit A for Proof of Claim.

4. The Debtor has made continuous lease payments to the Creditor, Sprint Corp., pursuant to their arrangement. Before filing the instant bankruptcy case Debtor was informed by Sprint Corp., that Debtor's account was current. As debtor's account was current before filing, Sprint Corp. has no basis to expect to receive funds through Debtor's Chapter 13 Plan of reorganization by collecting on their filed Proof of Claim.

5. Debtor objects to Claim 12-1, the unsecured claim filed by Sprint Corp.

6. For the foregoing reasons set forth in this Motion, Debtor respectfully requests this Honorable Court to sustain Debtor's Objection to Claim 12-1 filed by the Sprint Corp.

7. Debtor respectfully requests this Court to sustain the objection to Claim 12-1 in its entirety for the reasons stated in this Motion.

WHEREFORE, Darin K Tetter, Debtor, objects to Claim 12-1 filed on April 30, 2020, by Sprint Corp. Debtor respectfully requests this Honorable Court to enter an Order disallowing the unsecured claim, Claim 12-1, filed by Sprint Corp. in its entirety and for such other and further relief as this Court deems fair and just.

Respectfully submitted,

/s/ *Nicholas Landi*
Attorney for the Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625