UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  20-05464
Darin K Tetter )
) Chapter: 13
) Honorable Carol A. Doyle
)
)
)
Debtor(s) )

## ORDER SUSTAINING OBJECTION

This cause coming to be heard on Motion of the Debtor for entry of an Order regarding Claim 12-1 filed by Sprint Corp.;

IT IS HEREBY ORDERED:

1. That the Debtor's Objection, detailed in this Motion, to Claim 12-1 filed by Sprint Corp. is sustained.

2. That the Claim 12-1 filed by the Sprint Corp. is disallowed at its entirety.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 28, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625